Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19–14881–CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kevin R. Butts
   17 Kelly Court
   Hamilton, NJ 08690

Social Security No.:
   xxx–xx–6034

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        5/15/19
Time:        10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: March 12, 2019
JAN: pbf

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                            Case No. 19-14881-CMG
Kevin R. Butts                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2      Date Rcvd: Mar 12, 2019
                             Form ID: 132             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db             +Kevin R. Butts,    17 Kelly Court,    Hamilton, NJ 08690-3617
518074945      +Acar Leasing Ltd.,    PO Box 398045,    Minneapolis, MN 55439-8045
518074946      +American Express,    PO Box 297871,    Fort Lauderdale, FL 33329-7871
518074948      +Bryant State Bank,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518074951      +Citicards CBNA,    701 E 60th St N,    Sioux Falls, SD 57104-0432
518074956      +First National Credit,    500 E. 60th Street N.,    Sioux Falls, SD 57104-0478
518074957      +Grassy Sprain Group, Inc.,    9858 Clint Moore Rd.,    Suite C-11, #217,
                 Boca Raton, FL 33496-1034
518074963      +THD/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
518074964       Webbank/Gettington,    6250 Ridgewood Road,    Saint Cloud, WI 53030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 23:33:47     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:46     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518074947      +E-mail/Text: bk@avant.com Mar 12 2019 23:34:15     Avant, Inc,    640 N LaSalle Street,
                 Chicago, IL 60654-3731
518074949      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 12 2019 23:30:40     Capital One Bank USA,
                 PO Box 30281,    Salt Lake City, UT 84130-0281
518074950      +E-mail/Text: rwatters@pfsc.com Mar 12 2019 23:34:21     Circleback Lending, Inc.,    PO Box 1719,
                 Portland, OR 97207-1719
518074952      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 12 2019 23:33:36     Comenity,
                 Attn: Bankruptcy Dept.,    Post Office Box 182125,    Columbus, OH 43218-2125
518074953      +E-mail/PDF: creditonebknotifications@resurgent.com Mar 12 2019 23:30:26     Credit One Bank,
                 PO Box 80015,    Los Angeles, CA 90080-0015
518074954       E-mail/Text: mrdiscen@discover.com Mar 12 2019 23:33:01     Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
518074955      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2019 23:33:27     Ditech Financial,    PO Box 6172,
                 Rapid City, SD 57709-6172
518074958      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 12 2019 23:33:58     Key Bank,    PO Box 94620,
                 Cleveland, OH 44101-4620
518074959      +E-mail/Text: bk@lendingclub.com Mar 12 2019 23:34:10     Lending Club,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
518074960       E-mail/Text: bkr@cardworks.com Mar 12 2019 23:32:53     Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
518074961      +E-mail/Text: bankruptcy@prosper.com Mar 12 2019 23:34:12     Prosper Marketplace,
                 101 2nd Street,    Floor 15,    San Francisco, CA 94105-3672
518074962       E-mail/PDF: gecsedi@recoverycorp.com Mar 12 2019 23:30:35     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074966*      Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412
518074965     ##+Wells Fargo Card Services,    PO Box 6412,    Carol Stream, IL 60197-6412
                                                                                   TOTALS: 0, * 1, ## 1
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Mar 12, 2019
                              Form ID: 132               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Brian W. Hofmeister    on behalf of Debtor Kevin R. Butts bwh@hofmeisterfirm.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```