| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kevin R. Butts <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–6034 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: | _ _ _ _ |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    3/11/19 |
| Case number: | 19–14881–CMG | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                  12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kevin R. Butts | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17 Kelly Court <br> Hamilton, NJ 08690 | |
| 4. | **Debtor's attorney** <br> Name and address | Brian W. Hofmeister <br> Law Firm of Brian W. Hofmeister, LLC <br> 3131 Princeton Pike <br> Bldg. 5, Suite 110 <br> Lawrenceville, NJ 08648 | Contact phone 609–890–1500 |
| 5. | **Bankruptcy trustee** <br> Name and address | Albert Russo <br> Standing Chapter 13 Trustee <br> CN 4853 <br> Trenton, NJ 08650–4853 | Contact phone (609) 587–6888 <br> www.russotrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. <br> (800) 676–6856 | 402 East State Street <br> Trenton, NJ 08608 <br> Additional information may be available at the Court's Web Site: <br> www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays) <br> Contact phone 609–858–9333 <br> Date: 3/12/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors** <br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.** <br>**Creditors may attend, but are not required to do so.** <br> All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 18, 2019 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** <br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines** <br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** <br><br>**You must file:** <br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or <br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/17/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/20/19** |
| | **Deadline for governmental units to file a proof of claim:** <br><br>**Deadlines for filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Filing deadline: 180 days from date of order for relief.** <br>**11 U.S.C. § 502(b)(9)** |
| | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. <br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | |

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                         Case No. 19-14881-CMG
   Kevin R. Butts                                              Chapter 13
            Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2          Date Rcvd: Mar 12, 2019
                              Form ID: 309I                Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2019.
db             +Kevin R. Butts,    17 Kelly Court,    Hamilton, NJ 08690-3617
518074945      +Acar Leasing Ltd.,    PO Box 398045,    Minneapolis, MN 55439-8045
518074948      +Bryant State Bank,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518074956      +First National Credit,    500 E. 60th Street N.,    Sioux Falls, SD 57104-0478
518074957      +Grassy Sprain Group, Inc.,    9858 Clint Moore Rd.,    Suite C-11, #217,
                 Boca Raton, FL 33496-1034
518074964       Webbank/Gettington,    6250 Ridgewood Road,    Saint Cloud, WI 53030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bwh@hofmeisterfirm.com Mar 12 2019 23:32:46      Brian W. Hofmeister,
                 Law Firm of Brian W. Hofmeister, LLC,    3131 Princeton Pike,    Bldg. 5, Suite 110,
                 Lawrenceville, NJ  08648
tr              E-mail/Text: bnc@russotrustee.com Mar 12 2019 23:34:38      Albert Russo,
                 Standing Chapter 13 Trustee,    CN 4853,    Trenton, NJ  08650-4853
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 23:33:47      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 23:33:45      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518074946      +EDI: AMEREXPR.COM Mar 13 2019 03:03:00      American Express,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
518074947      +E-mail/Text: bk@avant.com Mar 12 2019 23:34:15      Avant, Inc,    640 N LaSalle Street,
                 Chicago, IL 60654-3731
518074949      +EDI: CAPITALONE.COM Mar 13 2019 03:03:00      Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518074950      +E-mail/Text: rwatters@pfsc.com Mar 12 2019 23:34:21      Circleback Lending, Inc.,    PO Box 1719,
                 Portland, OR 97207-1719
518074951      +EDI: CITICORP.COM Mar 13 2019 03:03:00      Citicards CBNA,    701 E 60th St N,
                 Sioux Falls, SD 57104-0432
518074952      +EDI: WFNNB.COM Mar 13 2019 03:03:00      Comenity,    Attn: Bankruptcy Dept.,
                 Post Office Box 182125,    Columbus, OH 43218-2125
518074953      +EDI: RCSFNBMARIN.COM Mar 13 2019 03:03:00      Credit One Bank,    PO Box 80015,
                 Los Angeles, CA 90080-0015
518074954       EDI: DISCOVER.COM Mar 13 2019 03:03:00      Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
518074955      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 12 2019 23:33:27      Ditech Financial,    PO Box 6172,
                 Rapid City, SD 57709-6172
518074958      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Mar 12 2019 23:33:58       Key Bank,    PO Box 94620,
                 Cleveland, OH 44101-4620
518074959      +E-mail/Text: bk@lendingclub.com Mar 12 2019 23:34:10      Lending Club,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
518074960       EDI: MERRICKBANK.COM Mar 13 2019 03:03:00      Merrick Bank,    PO Box 5721,
                 Hicksville, NY 11802-5721
518074961      +E-mail/Text: bankruptcy@prosper.com Mar 12 2019 23:34:12      Prosper Marketplace,
                 101 2nd Street,    Floor 15,   San Francisco, CA 94105-3672
518074962       EDI: RMSC.COM Mar 13 2019 03:03:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965061,    Orlando, FL 32896-5061
518074963      +EDI: CITICORP.COM Mar 13 2019 03:03:00      THD/CBNA,    PO Box 6497,
                 Sioux Falls, SD 57117-6497
518074965      +EDI: WFFC.COM Mar 13 2019 03:03:00      Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074966*      Wells Fargo Card Services,    PO Box 6412,   Carol Stream, IL 60197-6412
                                                                                       TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 12, 2019
                              Form ID: 309I            Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2019 at the address(es) listed below:
NONE.                                                                                        TOTAL: 0
```