Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19−14881−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Kevin R. Butts
  17 Kelly Court
  Hamilton, NJ 08690

Social Security No.:
  xxx−xx−6034

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/20/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 20, 2020
JAN: rms

                      Jeanne Naughton
                      Clerk

```
                            United States Bankruptcy Court
                                District of New Jersey
In re:                                                        Case No. 19-14881-CMG
Kevin R. Butts                                                Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Feb 20, 2020
                              Form ID: 148                Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2020.
db             #+Kevin R. Butts,    17 Kelly Court,    Hamilton, NJ 08690-3617
cr              +ACAR Leasing LTD d/b/a GM Financial Leasing,     4000 Embarcadero Dr.,    Arlington, TX 76014-4101
518200336       +ACAR Leasing LTD D/B/A GM Financial Leasing,     POB 183853,   Arlington, TX 76096-3853
518074945       +Acar Leasing Ltd.,    PO Box 398045,    Minneapolis, MN 55439-8045
518141896       +American Express National Bank, AENB,     c/o Zwicker and Associates, P.C.,
                  Attorneys/Agents for Creditor,    P.O. 9043,    Andover, MA 01810-0943
518074948       +Bryant State Bank,    500 E. 60th Street,    Sioux Falls, SD 57104-0478
518074950       +Circleback Lending, Inc.,    PO Box 1719,    Portland, OR 97207-1719
518255753       +Collins Asset Group, LLC,    Bass & Associates, P.C.,     3936 E. Ft. Lowell Road, Suite #200,
                  Tucson, AZ 85712-1083
518255698        Ditech Financial LLC,    P.O. Box 12740,    Tempe, AZ 85284-0046
518074956       +First National Credit,    500 E. 60th Street N.,    Sioux Falls, SD 57104-0478
518074957       +Grassy Sprain Group, Inc.,    9858 Clint Moore Rd.,    Suite C-11, #217,
                  Boca Raton, FL 33496-1034
518622946        NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826
518622947        NewRez LLC d/b/a Shellpoint Mortgage Servicing,     P.O. Box 10826,    Greenville, SC 29603-0826,
                  NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
518074964        Webbank/Gettington,    6250 Ridgewood Road,    Saint Cloud, WI 53030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 21 2020 01:48:21     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 21 2020 01:48:17     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518074946      +EDI: AMEREXPR.COM Feb 21 2020 06:03:00     American Express,    PO Box 297871,
                 Fort Lauderdale, FL 33329-7871
518184434       EDI: BECKLEE.COM Feb 21 2020 06:03:00     American Express National Bank,
                 c/o Becket and Lee LLP,   PO Box 3001,    Malvern PA 19355-0701
518074947      +E-mail/Text: bk@avant.com Feb 21 2020 01:49:00     Avant, Inc,    640 N LaSalle Street,
                 Chicago, IL 60654-3731
518173233      +EDI: AIS.COM Feb 21 2020 06:03:00     Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
518074949      +EDI: CAPITALONE.COM Feb 21 2020 06:03:00     Capital One Bank USA,    PO Box 30281,
                 Salt Lake City, UT 84130-0281
518074951      +EDI: CITICORP.COM Feb 21 2020 06:03:00     Citicards CBNA,    701 E 60th St N,
                 Sioux Falls, SD 57104-0432
518074952      +EDI: WFNNB.COM Feb 21 2020 06:03:00     Comenity,    Attn: Bankruptcy Dept.,
                 Post Office Box 182125,    Columbus, OH 43218-2125
518074953      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 21 2020 01:54:20     Credit One Bank,
                 PO Box 80015,   Los Angeles, CA 90080-0015
518074954       EDI: DISCOVER.COM Feb 21 2020 06:03:00     Discover Bank,    PO Box 15316,
                 Wilmington, DE 19850
518122190       EDI: DISCOVER.COM Feb 21 2020 06:03:00     Discover Bank,    Discover Products Inc,
                 PO Box 3025,   New Albany, OH  43054-3025
518074955      +E-mail/Text: bankruptcy.bnc@ditech.com Feb 21 2020 01:47:57     Ditech Financial,    PO Box 6172,
                 Rapid City, SD 57709-6172
518182505       EDI: JEFFERSONCAP.COM Feb 21 2020 06:03:00     Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
518182505       E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 21 2020 01:48:35     Jefferson Capital Systems LLC,
                 Po Box 7999,   Saint Cloud Mn 56302-9617
518074958      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 21 2020 01:48:31     Key Bank,    PO Box 94620,
                 Cleveland, OH 44101-4620
518130086      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 21 2020 01:48:31     KeyBank N.A.,
                 4910 Tiedeman Road,    Brooklyn, OH 44144-2338
518579311       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 02:05:40     LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
518579312       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:54:26     LVNV Funding LLC,
                 PO Box 10587,   Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
518212097       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 21 2020 01:54:27     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518074959      +E-mail/Text: bk@lendingclub.com Feb 21 2020 01:48:54     Lending Club,
                 71 Stevenson, Suite 300,    San Francisco, CA 94105-2985
518170645       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 21 2020 01:54:05     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
518074960       E-mail/PDF: MerrickBKNotifications@Resurgent.com Feb 21 2020 01:54:44     Merrick Bank,
                 PO Box 5721,   Hicksville, NY 11802-5721
518249723       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery Associates, LLC,    c/o Bp,   POB 41067,
                 Norfolk VA 23541
518246851       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery Associates, LLC,    c/o Citgo,
                 POB 41067,   Norfolk VA 23541
518249718       EDI: PRA.COM Feb 21 2020 06:03:00     Portfolio Recovery Associates, LLC,    c/o Gm Consumer,
                 POB 41067,   Norfolk VA 23541
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Feb 20, 2020
                              Form ID: 148             Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518249866        EDI: PRA.COM Feb 21 2020 06:03:00      Portfolio Recovery Associates, LLC,   c/o Pc Richard,
                 POB 41067,    Norfolk VA 23541
518074961       +E-mail/Text: bankruptcy@prosper.com Feb 21 2020 01:48:57      Prosper Marketplace,
                 101 2nd Street,    Floor 15,   San Francisco, CA 94105-3672
518368261       +EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 Sadino Funding LLC 98083-0788
518238944        EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,   Comenity Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
518238936        EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,   Bluestem and SCUSA,
                 PO Box 788,   Kirkland, WA  98083-0788
518238934        EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                 PO Box 788,   Kirkland, WA  98083-0788
518368260        EDI: Q3G.COM Feb 21 2020 06:03:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA  98083-0788
518160373       +E-mail/Text: bncmail@w-legal.com Feb 21 2020 01:48:29       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518074962        EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965061,    Orlando, FL 32896-5061
518077958       +EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518249860       +EDI: RMSC.COM Feb 21 2020 06:03:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
518074963       +EDI: CITICORP.COM Feb 21 2020 06:03:00       THD/CBNA,   PO Box 6497,
                 Sioux Falls, SD 57117-6497
518202475        EDI: WFFC.COM Feb 21 2020 06:03:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518074965       +EDI: WFFC.COM Feb 21 2020 06:03:00      Wells Fargo Card Services,    PO Box 6412,
                 Carol Stream, IL 60197-6412
                                                                                              TOTAL: 40

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518074966*      Wells Fargo Card Services,   PO Box 6412,   Carol Stream, IL 60197-6412
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2020 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Brian W. Hofmeister    on behalf of Debtor Kevin R. Butts bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Harold N. Kaplan    on behalf of Creditor   NewRez LLC d/b/a Shellpoint Mortgage Servicing
           hkaplan@rasnj.com,    informationathnk@aol.com
          John R. Morton, Jr.    on behalf of Creditor   ACAR Leasing LTD d/b/a GM Financial Leasing
           ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```